■ In the Matter of RICHARD H., Respondent, v TAMI J., Appellant. [823 NYS2d 711]—Appeal from an order of the Family Court, Monroe County (Julie Anne Gordon, R.), entered April 29, 2004 in a proceeding pursuant to Family Court Act article 6. The order awarded custody of the child to petitioner and visitation to respondent.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Kehoe, J.P., Martoche, Centra, Green and Pine, JJ.